# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRUCE EALY,

    Plaintiff,

vs.                                    Civil Action No.: 06-490
                                        Judge LANCASTER

COMMISSIONER OF
SOCIAL SECURITY,

## ORDER

NOW this 5th day of Oct, 2006, it is hereby

ORDERED that the above titled matter is DISMISSED.

*/s/ [signature]*
US District Judge